### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SCOLNICK, and LEAH CROHN on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 14-cv-12547 |
| v. ) ) | Hon. Indira Talwani |
| PETCO ANIMAL SUPPLIES STORE, INC., ) ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby stipulate that this action be dismissed in its entirety without prejudice, without costs or attorneys' fees, and waiving all rights of appeal.

Dated: February 13, 2015                                          Respectfully Submitted,


By: */s/ Joseph J. Siprut*                                        By: */s/ Deborah E. Barnard*

Joseph J. Siprut*                                                 Deborah E. Barnard
*jsiprut@siprut.com*                                              *deborah.barnard@hklaw.com*
Brandon M. Cavanaugh                                              Nathaniel F. Hulme
*bcavanaugh@siprut.com*                                           *Nathaniel.hulme@hklaw.com*
**SIPRUT PC**                                                     **HOLLAND & KNIGHT, LLP**
17 North State Street                                             10 St. James Avenue
Suite 1600                                                        Boston, MA 02116
Chicago, Illinois 60602                                           Tel: 617.523.2700
Tel: 312.236.0000                                                 Fax: 617.523.6850
Fax: 312.470.6588

Alexander Shapoval
*ashapoval@siprut.com*
**SIPRUT PC**
1 Winnisimmet Street
Chelsea, Massachusetts 02150
Tel: 617.889.5800
Fax: 617.884.3005

*   Admitted *pro hac vice*

4836-7602-9473.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation of Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF system on February 13, 2015, and served electronically on all counsel of record.

                                          */s/ Joseph J. Siprut*
                                            Joseph J. Siprut

4841-0885-7633, v. 1

4836-7602-9473.1